# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10CR3044 WQH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RAUL MORENO (23), | |
| Defendant. | |

HAYES, Judge:

This matter before the Court is the motion for reconsideration pursuant to 18 U.S.C. § 3582(c) filed by the Defendant Raul Moreno. (ECF No. 2393).

## BACKGROUND

On June 26, 2012, the Court sentenced the Defendant to serve a term of imprisonment of 168 months on Count 1 for conspiracy to conduct an enterprise through a pattern of racketeering in violation of 18 U.S.C. § 1962(d) and on Count 2 for conspiracy to distribute cocaine, marijuana and methamphetamine in violation of 21 U.S.C. § 841(a)(1), each count to run concurrently. (ECF No. 1755).

On October 26, 2016, this Court denied motions for reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) Guideline Amendment 782 (ECF Nos. 2206, 2262, 2291) filed by Defendant. Defendant filed an appeal.

On February 6, 2018, the Court of Appeals affirmed the order filed on October

26, 2016 denying the motions for sentencing reduction under 18 U.S.C. § 3582(c)(2). (ECF No. 2390).

Defendant moves the Court to reconsider the prior order filed on October 26, 2016 denying the motions for sentencing reduction under 18 U.S.C. § 3582(c)(2). Defendant contends that he is entitled to a reduction under Amendment 782, that his post-sentence conduct supports a sentence reduction, and that a reduction granted to a co-defendant supports reconsideration.

Defendant's motion for a reduction under Amendment 782 was denied by this Court, and affirmed by the Court of Appeals. There is no portion of 18 U.S.C. § 3582(c) would permit this Court to modify the sentence imposed at this stage in the proceedings.

IT IS HEREBY ORDERED that motion for reconsideration pursuant to 18 U.S.C. § 3582(c) filed by the Defendant Raul Moreno (ECF No. 2393) is denied.

DATED: February 22, 2018

*[signature]*
**WILLIAM Q. HAYES**
United States District Judge